# In the United States District Court for the Southern District of Georgia Brunswick Division

LISA BRITT,

    Plaintiff,

    v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant.

CV 2:25-132

## ORDER

On March 24, 2026, Defendant State Farm Fire and Casualty Company moved to dismiss the complaint, dkt. no. 30. Thereafter, on April 7, 2026, Plaintiff moved for leave to file an amended complaint. Dkt. No. 33. The Court recently granted that motion, dkt. no. 34, and the amended complaint was filed upon the record, dkt. no. 35. For the reasons below, Defendant's motion to dismiss is **DENIED as moot.**

## LEGAL STANDARD

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend its pleading with the Court's leave. Fed. R. Civ. P. 15(a)(2). An amended pleading "supersedes the former pleading" such that "the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." Dresdner Bank AG v. M/V Olympia Voyager, 463 F.3d

1210, 1215 (11th Cir. 2006) (internal quotation marks and citation omitted); <u>see also</u> <u>Fritz v. Standard Sec. Life Ins. Co.</u>, 676 F.2d 1356, 1358 (11th Cir. 1982) (citations omitted) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").

## DISCUSSION

Plaintiff's amended complaint, dkt. no. 35, filed with the Court's leave, supersedes the prior complaint. Defendant's motion to dismiss, dkt. no. 30, has thus been rendered moot. Should Defendant wish to renew its motion to dismiss with regard to the amended complaint, it is granted leave to do so within the time prescribed by the Federal Rules of Civil Procedure.

## CONCLUSION

Defendant's motion to dismiss, dkt. no. 30, is **DENIED as moot.**

**SO ORDERED**, this ___ day of May, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2